98 SCHLOSS ET AL. vs. CIRCUIT JUDGE (Washtenaw), 61 M., 267.

To vacate an order dismissing attachment proceedings, where relators, residents of Wayne County, sued out the writ in Washtenaw against one who resided and had property in Lenawee County, and levied it upon property in Washtenaw.

Denied April 29, 1886, with costs.

Held that the statutory provision requiring a writ of attachment to be sued out in the county where one of the parties resides if the debtor has property subject to attachment therein, is jurisdictional.

99 BAXTER vs. CIRCUIT JUDGE (Kent), No. 12806, 92 M., 291.

To vacate an order setting aside the service of a writ of attachment.

Denied June 10, 1892, with costs.

A return to a writ of attachment issued against two defendants, upon neither of whom personal service had been had, which fails to show that the property attached in the county where the suit was commenced was in the possession of, or belonged to, either of the defendants, will not authorize the issuance of a writ to another county, under How. Stat., 7316.